```
UNITED STATES DISTRICT COURT                    | USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   | DOCUMENT
                                                | ELECTRONICALLY FILED
                                                | DOC #: _____
                                                | DATE FILED: 01/27/20
```

-----------------------------------------------------------------X
JAMES M. BRANDON,                              :
                                               :
                    Plaintiff,  :
                                               :   1:19-cv-01923-GHW
     -against-                              :
                                               :   ORDER
NPG RECORDS, INC., NPG MUSIC                   :
PUBLISHING, LLC, THE ESTATE OF PRINCE          :
ROGERS NELSON, COMERICA BANK &                 :
TRUST, N.A., SHELTON JACKSON LEE,              :
FORTY ACRES AND A MULE MUSICWORKS,             :
INC., TWENTIETH CENTURY FOW FILM               :
CORPORATION,                                   :
                                               :
                  Defendants.  :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

     The Court will hold a teleconference to discuss Plaintiff's motion to compel on January 29, 2020 at 3:00 p.m. The parties are directed to call Chambers (212-805-0296) at that time with all parties on the line.

     SO ORDERED.

Dated: January 27, 2020
       New York, New York

                                                 GREGORY H. WOODS
                                                 United States District Judge